IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Tombstone, ) | No. CV 11-845-TUC-FRZ |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| United States of America, et al., ) | |
| Defendants. ) | |

The Court has reviewed Plaintiff's reply brief (Doc. 14) filed on 1/19/12 and finds that a sur-reply from Defendants is warranted. As such, IT IS HEREBY ORDERED that Defendants shall file a sur-reply by no later than 1/23/12.

DATED this 19th day of January, 2012.

_Frank R. Zapata_
Frank R. Zapata
Senior United States District Judge