**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
Nicholas C. Dranias (Ariz Bar No. 330033)
Christina Sandefur (Ariz. Bar No. 027983)
500 E. Coronado Rd., Phoenix, AZ 85004
(602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CITY OF TOMBSTONE,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | Case No. <u>CV 11-845-TUC-FRZ</u><br><br>**NOTICE OF APPEARANCE**<br><br>*Hon. Frank R Zapata* |

TO THE CLERK OF THE COURT:

Please take notice that Christina Sandefur enters her appearance in the above-captioned matter as a counsel of record for Plaintiffs.

**RESPECTFULLY SUBMITTED** this 3rd day of February, 2012 by:

                              /S/ Christina Sandefur _____
                              Nicholas C. Dranias (Ariz Bar No. 330033)
                              Christina Sandefur (Ariz. Bar No. 027983)
                              **Scharf-Norton Center for Constitutional
                              Litigation at the GOLDWATER INSTITUTE**
                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Christina Sandefur, an attorney, hereby certify that on February 3, 2012, I electronically filed the attached document with the Clerk of the Court via the CM/ECT system.

Copy of the foregoing mailed this 3rd day of February, 2012 to:

Ann Birmingham Scheel
Charles A. Davis
U.S. Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701-5040

Cassandra Casaus Currie, Esq.
USDA Office of the General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

P. Randall Bays, Esq.
Bays Law, P.C.
100 S. 7th Street
Sierra Vista, AZ 85635

Robert F. Palmquist, Esq.
Strickland & Strickland, P.C.
4400 E. Broadway Blvd, Suite 700
Tucson, AZ 85711-3571

/S/ Christina Sandefur