IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Tombstone, ) | No. CV 11-845-TUC-FRZ |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| United States of America, et al., ) | |
| Defendants. ) | |

    Upon further review of the briefs, record, and authority throughout the weekend, the Court finds that proposed orders containing findings of fact and conclusions of law are unnecessary and will likely result in further delay. As such, the Court's previous Order (Doc. 56) is vacated; the parties shall not file proposed orders containing findings of fact and conclusions of law. The Court apologizes for any inconvenience this may have caused for the parties. The Court expects to issue a fairly brief Order in the next few days.

    DATED this 6th day of May, 2012.

_____
Frank R. Zapata
Senior United States District Judge