**GOLDWATER INSTITUTE**
**SCHARF-NORTON CENTER FOR CONSTITUTIONAL LITIGATION**
Nicholas C. Dranias (330033)
Christina Sandefur (027983)
500 E. Coronado Rd.
Phoenix, AZ 85004
P: (602) 462-5000/F: (602) 256-7045
ndranias@goldwaterinstitute.org
csandefur@goldwaterinstitute.org
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CITY OF TOMBSTONE, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **NOTICE OF PRELIMINARY** |
| UNITED STATES OF AMERICA, et al, | ) **INJUNCTION APPEAL** ) |
| Defendants. | ) ) ) |

Notice is hereby given that the City of Tombstone, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the interlocutory order refusing a preliminary injunction entered in this action on the 14th day of May, 2012.

**RESPECTFULLY SUBMITTED** on this 14th day of May, 2012 by:

s/Nicholas C. Dranias
**GOLDWATER INSTITUTE**
**SCHARF-NORTON CENTER FOR CONSTITUTIONAL LITIGATION**
500 E. Coronado Rd.
Phoenix, AZ  85004
P: (602) 462-5000/F: (602) 256-7045
ndranias@goldwaterinstitute.org

# CERTIFICATE OF SERVICE

**ELECTRONICALLY FILED BY ECF and COPIES** sent via e-mail this 14th day of May, 2012 to:

| Parties and Counsel Served | |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| P. Randall Bays, Esq.<br>Bays Law, P.C.<br>100 S. 7th Street<br>Sierra Vista, AZ 85635 | ANN BIRMINGHAM SCHEEL<br>ACTING UNITED STATES<br>ATTORNEY<br>District of Arizona<br>CHARLES A. DAVIS<br>Assistant U.S. Attorney<br>Arizona State Bar No. 014386<br>405 W. Congress, Suite 4800<br>Tucson, Arizona 85701-5040<br>Telephone: (520) 620-7300<br>charles.davis2@usdoj.gov |
| Robert F. Palmquist, Esq.<br>Strickland & Strickland, P.C.<br>4400 E. Broadway Blvd., Suite 700<br>Tucson, AZ 85711-3517 | CASSANDRA CASAUS CURRIE<br>Attorney<br>USDA Office of the General Counsel<br>P.O. Box 586<br>Albuquerque, NM 87103-0586<br>Phone: (505)248-6009<br>Fax: (505)248-6013<br>cassandra.currie@usda.gov |
| Richard W. Goeken<br>Smith Curie & Hancock LLP<br>1025 Connecticut Ave., Ste 600<br>Washington, DC 20036 | JOANNA K. BRINKMAN<br>Attorney<br>US Dept of Justice – Environmental<br>Enforcement Section<br>P.O. Box 7611 Ben Franklin Station<br>Washington, DC 20044-7611<br>joanna.brinkman@usdoj.gov |