IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Tombstone, | No. CV 11-845-TUC-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for reconsideration in regards to the Court's Order granting Defendants' expedited motion for an extension of time. Plaintiff argues, in part, that the Court was misled into granting the motion for an extension of time inasmuch as the motion (including the pending motion to strike) were filed in violation of stipulations made by the parties and Plaintiff will suffer prejudice. Defendants' pending motion to strike argues that Plaintiff's partial motion for summary judgment violates the Court's prior Order only allowing discovery and subsequent briefing only as to jurisdictional issues pertaining to Defendants' previous motion to dismiss; thus, any agreements and stipulations in violation of the Court's previous Order may be an issue. The Court will vacate the Order granting the continuance (Doc. 163) to allow briefing by the parties. Plaintiff shall file a response to the motion for an extension of time by 6/2/14. Defendants shall file their reply as to both the motion for an extension of time and the motion to strike by 6/6/14. The response deadlines as to the parties' respective motions for summary judgment are stayed as to both Plaintiff and

1  Defendants pending the Court's ruling on the motion for an extension of time and the motion
2  to strike. Upon ruling on the motion for an extension of time and the motion to strike, the
3  Court will set new briefing deadlines.

5   DATED this 28th day of May, 2014.

_____
Frank R. Zapata
**Senior United States District Judge**