**GOLDWATER INSTITUTE**
**SCHARF-NORTON CENTER**
**FOR CONSTITUTIONAL LITIGATION**
Nicholas C. Dranias (029267)
500 E. Coronado Rd.
Phoenix, AZ 85004
P: (602) 462-5000/F: (602) 256-7045
ndranias@goldwaterinstitute.org
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CITY OF TOMBSTONE; | ) |
| Plaintiff, | ) Civil Action No. 11-845-TUC-FRZ |
| v. | ) |
| | ) Hon. Frank R. Zapata, presiding judge |
| UNITED STATES OF AMERICA; U.S. DEPARTMENT OF AGRICULTURE; TOM VILSAK, in an official capacity; TOM TIDWELL, in an official capacity; and CAL JOYNER, in an official capacity; | ) **NOTICE OF COMPLIANCE** |
| Defendants. | ) |

Pursuant to the Court's Order dated June 18, 2014 (Dkt. 169), Plaintiff has complied with the Order by emailing to chambers a Word version copy of each of the following:

1) Response in Opposition to Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities;

2) Plaintiff's Objections, Responses and Statement of Controverting Facts in Opposition to Defendants' Separate Statement of Facts;

3) Proposed Order.

Additionally, Plaintiff has complied with the Order by mailing to chambers paper copies of all filings and all supporting authorities cited therein, in compliance with the requirements of the Order.

**RESPECTFULLY SUBMITTED** on this 1st day of July, 2014 by:

s/ Nicholas C. Dranias
Nicholas C. Dranias (029267)
**GOLDWATER INSTITUTE**
**SCHARF-NORTON CENTER FOR**
**CONSTITUTIONAL LITIGATION**
500 E. Coronado Rd.
Phoenix, AZ  85004
P: (602) 462-5000/F: (602) 256-7045
ndranias@goldwaterinstitute.org

## CERTIFICATE OF SERVICE

**DOCUMENT ELECTRONICALLY FILED BY ECF and COPIES** sent via e-mail this <u>1st</u> day of <u>July</u>, 2014 to:

| **Parties and Counsel Served** ||
|---|---|
| Attorney for Plaintiff<br><br>P. Randall Bays, Esq.<br>Bays Law, P.C.<br>100 S. 7th Street<br>Sierra Vista, AZ 85635 | Attorneys for Defendants<br><br>JOHN S. LEONARDO<br>United States Attorney<br>District of Arizona<br>CHARLES A. DAVIS<br>Assistant U.S. Attorney<br>Arizona State Bar No. 014386<br>405 W. Congress, Suite 4800<br>Tucson, Arizona 85701-5040<br>Telephone: (520) 620-7300<br>charles.davis2@usdoj.gov |
| Attorney for Defendants<br><br>JOANNA K. BRINKMAN<br>Attorney<br>US Dept of Justice – Environmental Enforcement Section<br>P.O. Box 7611 Ben Franklin Station<br>Washington, DC 20044-7611<br>joanna.brinkman@usdoj.gov | Attorney for Defendants<br><br>CASSANDRA CASAUS CURRIE<br>Attorney<br>USDA Office of the General Counsel<br>P.O. Box 586<br>Albuquerque, NM 87103-0586<br>Phone: (505)248-6009<br>Fax: (505)248-6013<br>cassandra.currie@usda.gov |

                                                             s/ Nicholas C. Dranias